IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARIAD PHARMACEUTICALS, INC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, and THE WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>        Plaintiffs,<br><br>   v.<br><br>AMGEN INC., IMMUNEX CORPORATION, AMGEN USA INC., AMGEN MANUFACTURING LIMITED, IMMUNEX RHODE ISLAND CORPORATION, and WYETH,<br><br>        Defendants. | C.A. No. 07-202-JJF |

## NOTICE OF DISMISSAL

WHEREAS, the complaint by plaintiffs (collectively "ARIAD") in the above action (the "Second Action") is identical to the infringement counterclaim that they have asserted in an earlier-filed declaratory judgment action styled Amgen Inc., *et al*. v. ARIAD Pharmaceuticals, Inc., *et al*., C.A. No. 06-259-MPT (the "First Action");

WHEREAS, the Second Action was filed purely as a protective measure at a time when the plaintiffs in the First Action were contesting whether ARIAD could assert its infringement case as a counterclaim in the First Action;

WHEREAS, ARIAD's infringement case now is pending as a counterclaim in the First Action, thus eliminating the need for the duplicative Second Action to proceed; and

WHEREAS, the complaint in the Second Action has never been served, and defendants accordingly have not answered or moved for summary judgment; now therefore,

PLAINTIFFS HEREBY DISMISS THIS ACTION, without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

ASHBY & GEDDES

*/s/ Steven J. Balick*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Morgan Chu
David I. Gindler
Elizabeth Rosenblatt
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Dated: July 27, 2007
182676.1